Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
slevine@sessions-law.biz

Attorneys for Defendant Transworld Systems Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephanie Carroll, | Case No.  C 10-02340 MEJ |
| Plaintiff, | DEFENDANT, TRANSWORLD SYSTEMS, INC.'S RULE 7.1 (a) CORPORATE DISCLOSURE STATEMENT |
| vs. | |
| Transworld Systems Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

NOW INTO COURT, through undersigned counsel, comes Defendant, Transworld Systems, Inc. (TSI), which, pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. TSI is a subsidiary corporation owned by NCO Group, Inc, a Delaware corporation. Various corporate affiliates of Citigroup Inc. own approximately 7% of NCO Group, Inc. stock. One Equity Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 88% of NCO Group, Inc. stock.

Dated: July 12, 2010               SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                   */s/ Sondra R. Levine*
                                   Sondra R. Levine
                                   Attorney for Defendant Transworld Systems, Inc.