**United States District Court**
For the Northern District of California

1    *E-Filed   2/24/11 *

2

3

4            IN THE UNITED STATES DISTRICT COURT

5          FOR THE NORTHERN DISTRICT OF CALIFORNIA

6                  SAN FRANCISCO DIVISION

7

8    STEPHANIE CARROLL,                    No. C 10-02340 RS

                                          **STANDBY ORDER TO SHOW CAUSE**
9              Plaintiffs,

10       v.

11   TRANSWORLD SYSTEMS, INC.,

12             Defendants.

13   _____/

14

15       The Court has been informed that the above-entitled action has settled.  Accordingly, the

16   Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by

17   **April 1, 2011**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear

     on **April 7, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and
18
     show cause why the case should not be dismissed.  Failure to comply with this Order may result in
19
     dismissal of the case.
20
              IT IS SO ORDERED.
21

22

23   Dated:   2/24/11                        _____
                                            RICHARD SEEBORG
24                                          UNITED STATES DISTRICT JUDGE

25

26

27

28

No. C 10-02340 RS
STANDBY ORDER TO SHOW CAUSE